IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JONATHAN J. ROOKS, | : |
| Petitioner, | : |
| V. | : |
| | : NO. 4:23-cv-00054-CDL-MSH |
| HERBERT WALKER, *et al.*, | : |
| Respondents. | : |

## ORDER OF DISMISSAL

Petitioner Jonathan J. Rooks, a prisoner in the Muscogee County Correctional Institution in Columbus, Georgia, has filed a motion to voluntarily dismiss this case. At this stage of the proceeding, Petitioner is entitled to dismiss his petition without consent of the Court. *See* Fed. R. Civ. P. 41(a)(1). Therefore, Petitioner's motion is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**. Petitioner's pending motions are **DENIED AS MOOT**.

**SO ORDERED**, this **8th** day of **May, 2023**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA